**Exhibit A to the Complaint**

**Location:** Jersey City, NJ
**Total Works Infringed:** 27

**IP Address:** 74.102.90.116
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | D9B281EC88FE0A71440E0B48B0AE556A620EC7FA | 06/24/2026 00:34:24 | Blacked | 08/01/2025 | 08/08/2025 | PA0002544270 |
| 2 | A873593CF6968D5938CC9B30A945FC6DEC8EDB99 | 06/24/2026 00:34:23 | TushyRaw | 04/26/2026 | 05/06/2026 | PA0002582405 |
| 3 | B5E841B74DB110DB0D1CDECC7628F13F605CB87C | 05/30/2026 13:57:38 | Blacked | 05/03/2026 | 05/29/2026 | PA0002586662 |
| 4 | 1244C3C29F7297C7D96FD558EFAB2FD211F0446F | 05/20/2026 09:45:45 | Tushy | 04/05/2026 | 04/07/2026 | PA0002577459 |
| 5 | 287EF04C2D08F68B0E49216EEEB48C64724B418C | 05/20/2026 09:45:33 | Tushy | 03/22/2026 | 04/07/2026 | PA0002577463 |
| 6 | FF40BF77C6278157B97D881DBA6C9591618F7B35 | 05/20/2026 09:44:00 | Tushy | 05/10/2026 | 05/29/2026 | PA0002586675 |
| 7 | 12D46F398DE4307A2FA463B08212CA907F49FFEF | 03/01/2025 14:01:40 | Vixen | 11/15/2017 | 12/04/2017 | PA0002098032 |
| 8 | EB9649DDA2323288F92ED22A89ACEC80BE7FB8C9 | 02/09/2025 11:07:54 | Blacked | 12/10/2022 | 01/10/2023 | PA0002389588 |
| 9 | C4A62B04E3B6453DE67731943CA7677F61A6D71F | 02/09/2025 10:45:40 | Blacked | 01/29/2022 | 02/14/2022 | PA0002335485 |
| 10 | 87C4CDC01208431259CD3281725709BEABEAD663 | 02/09/2025 10:08:30 | Vixen | 12/20/2024 | 01/16/2025 | PA0002509655 |
| 11 | 74E11E3524B76B6E37D22F1200AFE49C2CB3CDFE | 02/09/2025 10:04:39 | Blacked | 03/04/2023 | 04/07/2023 | PA0002405754 |
| 12 | 3D12C142E56A6E39459711907ACDD5A07DA03127 | 02/09/2025 10:04:37 | Vixen | 11/18/2022 | 12/11/2022 | PA0002384397 |
| 13 | 4D1B1BED1C599AA04DBF4BA76C6D550FD93A4FE8 | 02/08/2025 11:16:07 | Vixen | 09/20/2024 | 10/16/2024 | PA0002494775 |
| 14 | F6C582FC8A165DD721E9ABEFDFE1F27FB03E3001 | 02/08/2025 11:15:26 | Tushy | 01/05/2025 | 01/16/2025 | PA0002509626 |
| 15 | 891698262F59CF597F30FC3B1A494185820C4152 | 02/08/2025 11:13:43 | Vixen | 12/13/2024 | 01/16/2025 | PA0002509636 |
| 16 | 1BCE6DD7971A13CACF4E42E4D14608BFA6760D1B | 02/08/2025 11:12:47 | TushyRaw | 07/09/2024 | 07/16/2024 | PA0002480606 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 5420DEF2051E8D34A82C47C0692CF130FA3A693D | 02/08/2025 11:09:57 | Blacked | 12/14/2024 | 01/15/2025 | PA0002509267 |
| 18 | 7DBADCDBA76805764F4B248F666D7752B115C164 | 02/08/2025 11:05:07 | Tushy | 10/13/2024 | 10/16/2024 | PA0002494753 |
| 19 | 8F104C89FA74744BEB02B58214813B42F91E779A | 02/08/2025 10:47:42 | Vixen | 04/29/2019 | 06/03/2019 | PA0002178770 |
| 20 | 5D41FDC74F09E33DECAA9455F97986E6FF6E2F0C | 01/20/2025 11:55:40 | Blacked Raw | 11/25/2024 | 12/13/2024 | PA0002506320 |
| 21 | 6C639AA8446F7F87521D3F3E65244D3164287F1A | 01/20/2025 11:55:22 | Vixen | 05/19/2023 | 06/09/2023 | PA0002415364 |
| 22 | 8D5F22391FC5B7E66FEAB3E8053666C5581D2BE0 | 01/20/2025 11:54:37 | Tushy | 12/08/2024 | 12/13/2024 | PA0002506314 |
| 23 | 4157BB075EC440872C9B41053864287444A90124 | 01/20/2025 11:53:49 | Tushy | 12/15/2024 | 01/16/2025 | PA0002509284 |
| 24 | 6E3EBB60BB91B99AD3B509649C4AE51F3AE32D69 | 01/20/2025 11:53:38 | Tushy | 12/01/2024 | 12/13/2024 | PA0002506317 |
| 25 | 0A6801B572CD21A0E68A66FF9B4D5EA38076EF75 | 01/20/2025 11:52:37 | Tushy | 01/12/2025 | 01/16/2025 | PA0002509628 |
| 26 | AAF43D5B58C76C73D6894BCDEAADB202668C9A2F | 01/19/2025 13:00:22 | Blacked | 06/22/2024 | 07/15/2024 | PA0002480452 |
| 27 | 5D7E18C90D2BDC66702CE75F9581B01F62D72F75 | 01/19/2025 12:58:08 | Vixen | 09/29/2023 | 10/18/2023 | PA0002435610 |